# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO ORTIZ, | Case No. 2:25-cv-01833-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| MICHAEL BERNACKE, *et al.*, | |
| Respondents. | |

Before the Court is counseled Petitioner Daniel Lucero Ortiz's petition for writ of habeas corpus (ECF No. 1) under 28 U.S.C. § 2241, challenging his continued detention without bond at Nevada Southern Detention Center during the pendency of his application for asylum.

Having conducted an initial review of the petition, the Court now directs that it be served on the respondents and set a schedule for the respondents' appearance and response. Additionally, the Court finds that the instant Petition is related to two putative habeas class actions pending before this Court in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

Therefore, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to serve copies of the Petition (ECF No. 1) and this Order upon respondents as follows:

- By electronically serving, through CM/ECF, a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov. This does not indicate acceptance of service.

- By sending a copy of the petition (ECF No. 1) and this order by mail to:

    (1) John Mattos, Warden,
        Nevada Southern Detention Center,
        2190 E. Mesquite Ave.,
        Pahrump, NV 89060;

///

(2) Michael Bernacke
Salt Lake City Field Office Director,
U.S. Immigration & Customs Enforcement,
Enforcement and Removal Operations,
2975 Decker Lake Drive, Suite 100,
West Valley City, UT 84119-6096;

(3) Kristi Noem,
Secretary of the Department of Homeland Security,
3801 Nebraska Ave. NW,
Washington, DC 20528; and

(4) Pamela Bondi,
Attorney General of the United States,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001.

**IT IS FURTHER ORDERED** that Respondents must appear in this action within **3 days** of the date of this Order and must file and serve a response to the petition (ECF No. 1) within **7 days** of the date of this order, unless additional time is allowed for good cause shown. Petitioner will have **5 days** following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly instructed to administratively relate this case to Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

**DATED:** October 3, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**